B6C (Official Form 6C) (4/10)

In re **Heather A Dare** , Case No. **11-71560**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Personal residence Location: 9119 Garfield Drive, Whitmore Lake MI 48189 | 11 U.S.C. § 522(d)(1) | 13,061.10 | 115,000.00 |
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 17.00 | 17.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Michigan Educational Credit Union savings account #xxx0100 | 11 U.S.C. § 522(d)(5) | 177.50 | 177.50 |
| Michigan Educational Credit Union checking account #xxx4514 | 11 U.S.C. § 522(d)(5) | 274.00 | 274.00 |
| Michigan Educational Credit Union vacation club savings account | 11 U.S.C. § 522(d)(5) | 5.19 | 5.19 |
| Michigan Educational Credit Union Christmas club savings account | 11 U.S.C. § 522(d)(5) | 5.05 | 5.05 |
| **Household Goods and Furnishings** | | | |
| Kitchen: stove, refrigerator, microwave, toaster, dishes, coffee pot, pots and pans, utensils, silverware, crock pot, table and chairs, glasses | 11 U.S.C. § 522(d)(3) | 450.00 | 450.00 |
| Living room: couch, love seat, 3 tables, candles, rug, knick knacks, clock, vases, tv, dvd player | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| Family room: futon, 3 tables, wall mirror, misc. knick knacks, clock, tv | 11 U.S.C. § 522(d)(3) | 250.00 | 250.00 |
| Bedroom: queen bed, 2 dressers, 2 night stands, lamps, fake plants, alarm clock, i pod | 11 U.S.C. § 522(d)(3) | 350.00 | 350.00 |
| Bedroom: Twin bed, 2 dressers, night stand, misc. games, lamp, tv, alarm clock, bedding | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| Christmas tree, misc. holiday decorations, misc. tools, coolers, refrigerator, snow shovel, tent, shop vac, small tool box, gloves, lawn mower, weed whip, rake, pruner, outdoor solar lights, patio table and chairs, grill, hose | 11 U.S.C. § 522(d)(3) | 700.00 | 700.00 |
| Bathroom: rugs, towels, misc. toiletries, small radio | 11 U.S.C. § 522(d)(3) | 30.00 | 30.00 |
| Bedroom: bunk bed, tv dresser, lamp, mirror, bedding | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Heather A Dare** , Case No. **11-71560**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Laptop** | 11 U.S.C. § 522(d)(3) | 75.00 | 75.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Misc. books and pictures | 11 U.S.C. § 522(d)(3) | 50.00 | 50.00 |
| **Wearing Apparel** <br> Clothing | 11 U.S.C. § 522(d)(3) | 499.00 | 499.00 |
| **Furs and Jewelry** <br> Misc. costume jewelry | 11 U.S.C. § 522(d)(4) | 50.00 | 50.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> Roller blades, ice skates, bike, eliptical | 11 U.S.C. § 522(d)(5) | 65.00 | 65.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> Brighton Dermatology Center Profit Sharing Plan & Trust | 11 U.S.C. § 522(d)(12) <br> 11 U.S.C. 541(c)(2) | 100% <br> 100% | 2,843.46 |
| **Stock and Interests in Businesses** <br> RYDEX/SGI Security Global Investors stock | 11 U.S.C. § 522(d)(5) | 979.16 | 979.16 |
| **Alimony, Maintenance, Support, and Property Settlements** <br> Child support arrearage owed from ex-husband (not likely to collect) | 11 U.S.C. § 522(d)(10)(D) | 32,071.90 | 32,071.90 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** <br> 2011 anticipated income tax refund prorated to date of filing | 11 U.S.C. § 522(d)(5) | 7,041.00 | 7,041.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2000 Chevy Silverado | 11 U.S.C. § 522(d)(2) | 2,575.00 | 2,575.00 |
| 2007 Ford Focus | 11 U.S.C. § 522(d)(5) | 0.00 | 5,025.00 |
| Total: | | **65,212.82** | **169,333.26** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt